# United States District Court
# For The Western District of North Carolina
# Asheville Division

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC., a Florida
Non-Profit Corporation; and
DENISE PAYNE, individually
        Plaintiff(s),

vs.

TUNNEL ROAD (E&A) LIMITED
LIABILITY COMPANY, a South
Carolina Limited Liability
Company,
        Defendant(s).

JUDGMENT IN A CIVIL CASE

1:10cv282

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.

Signed: May 10, 2011

Frank G. Johns, Clerk
United States District Court