# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv282

| | |
|---|---|
| NATICAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida Non-Profit Corporation; and DENISE PAYNE, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> TUNNEL ROAD (E&A) LIMITED LIABILITY COMPANY, a South Carolina Limited Liability Company, <br><br> Defendant. | **MEMORANDUM OF DECISION AND ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's "Motion for Good Cause to Vacate Judgment and Reverse Order to Permit Plaintiff Time to Respond to Defendant's Motion" [Doc. 17] filed May 10, 2011 and Plaintiff's "Amended Motion for Good Cause to Vacate Judgment and Reverse Order (and to Demonstrate Plaintiff has a Meritorious Defense to Defendant's Motion to Dismiss)" [Doc. 19], filed May 27, 2011.

Also before the Court is National Alliance for Accessibility, Inc. v. Horne-River Ridge II, 1:10cv286 (W.D.N.C.) ("Horne-River"). The factual and

procedural background of that case is virtually identical to the present action, and the Plaintiffs are represented by the same counsel in both cases. Although these cases have not been consolidated, the decision of this Court in the Order being entered contemporaneously herewith in <u>Horne-River</u> addresses and disposes of all the issues raised by the motions currently pending before the Court in this matter. The Order in <u>Horne-River</u>, therefore, is incorporated herein, and the current motions will be disposed of in accordance therewith.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's "Motion for Good Cause to Vacate Judgment and Reverse Order to Permit Plaintiff Time to Respond to Defendant's Motion" [Doc. 17] and Plaintiff's "Amended Motion for Good Cause to Vacate Judgment and Reverse Order (and to Demonstrate Plaintiff has a Meritorious Defense to Defendant's Motion to Dismiss)" [Doc. 19] are **DENIED**.

**IT IS SO ORDERED**.

Signed: January 12, 2012

Martin Reidinger
United States District Judge